

750 Lexington Avenue, 9th Floor
New York, New York 10022

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

July 5, 2022

**VIA ECF:**
The Honorable LaShann DeArcy Hall
United States District Court Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

            Re:    *Kelly v. Tellez, et al.,* 22-cv-3895 (LDH) (TAM)

Dear Your Honor:

    Plaintiff agrees that his removal from suicide watch renders his motion for an order to show cause moot.

                                            Respectfully Submitted,

                                            /s/JENNIFER BONJEAN

cc:    AUSA Melanie Speight (via ECF)
        AUSA Joseph Marutollo (via ECF)